911 A.2d 502

Steven L. ROWE, Petitioner,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE;**
Attorney General of Pennsylvania, Respondents.

**No. 126 EM 2006.**

Supreme Court of Pennsylvania.

Oct. 18, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of October, 2006, the Extension of Time to File Petition for Allowance of Appeal is denied.

911 A.2d 502

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Gary KOZLOWSKI, Petitioner.**

**No. 111 EM 2006.**

Supreme Court of Pennsylvania.

Oct. 18, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of October, 2006, the Application for Relief is denied.